IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL DEWAINE
BOMAN                                                                                    PLAINTIFF

v.                              Case No. 6:24-cv-06079

PAROLE OFFICER
ZIMMERMAN; PAROLE
OFFICER STARKY; and
JOHN DOE OFFICER,
Hot Spring County Sheriffs
Department                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed November 18, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and for failure to prosecute this case.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge